IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAMSON OIL AND GAS USA, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XTO ENERGY INC., a Delaware corporation,<br><br>Defendant. | CV 20-54-BLG-SPW<br><br>ORDER |

Plaintiff Samson Oil and Gas USA, Inc. moves for the admission of Thomas Sengewalt to practice before the Court in the above captioned matter with Brent D. Chicken of Denver, Colorado, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff Samson Oil and Gas USA, Inc.'s motion to admit Thomas Sengewalt to appear *pro hac vice* (Doc. 4) is GRANTED and he is authorized to appear as counsel with Brent D. Chicken pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 13th day of May, 2020.

SUSAN P. WATTERS
United States District Judge

1