

FILED

JUL 17 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAMSON OIL AND GAS USA., INC. a Colorado corporation<br><br>Plaintiff,<br><br>vs.<br><br>XTO ENERGY INC., a Delaware corporation,<br><br>Defendant. | CV 20-54-BLG-SPW<br><br>ORDER |

Upon the parties' Joint Motion to Stay Proceedings Pending Settlement Negotiations (Doc. 11), and for good cause appearing,

**IT IS HEREBY ORDERED** that all deadlines outlined in the Court's Preliminary Pretrial Conference Order (Doc. 9) are **STAYED** pending resolution and settlement of the pending action.

**IT IS FURTHER ORDERED** that if after the ninety days or by **October 30, 2020,** the case has not settled, the parties shall file a status report with the Court.

1

**IT IS FURTHER ORDERED** that the preliminary pretrial conference scheduled for Thursday, July 30, 2020 at 1:00 p.m. is **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of July, 2020.

SUSAN P. WATTERS
United States District Judge