IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAMSON OIL AND GAS USA., INC. a Colorado corporation<br><br>Plaintiff,<br><br>vs.<br><br>XTO ENERGY INC., a Delaware corporation,<br><br>Defendant. | CV 20-54-BLG-SPW<br><br>ORDER |

Upon the parties' Joint Status Report and Motion to Extend Stay of Proceedings Pending Settlement Negotiations (Doc. 19), and for good cause appearing,

**IT IS HEREBY ORDERED** that all deadlines outlined in the Court's Preliminary Pretrial Conference Order (Doc. 9) are **STAYED** pending resolution and settlement of the pending action.

**IT IS FURTHER ORDERED** that if the case has not settled on or before **April 15, 2021**, the parties shall file a status report with the Court.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 9th day of March, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge