IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAMSON OIL AND GAS USA., INC. a Colorado corporation<br><br>Plaintiff,<br><br>vs.<br><br>XTO ENERGY INC., a Delaware corporation,<br><br>Defendant. | CV 20-54-BLG-SPW<br><br>ORDER |

Upon consideration of the parties' Joint Status Report and Motion to Extend Stay of Proceedings Pending Settlement Negotiations (Doc. 42), said Motion is **GRANTED**. Accordingly, all deadlines set forth in the Court's Preliminary Pretrial Conference Order (Doc. 9) are hereby extended through February 28, 2022 while the parties engage in settlement negotiations.

DATED this 15th day of February, 2022.

SUSAN P. WATTERS
United States District Judge

1